UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Herman Turner,

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

22 mj 7511

Defendant __Herman Turner__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _✓_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer (Change of counsel)

__/s/ Herman Turner by JCM__
__w/ permission__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Herman Turner__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__Rachel Martin__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__10-21-2022__
Date

__Judith C. McCarthy__
U.S. District Judge/U.S. Magistrate Judge